# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MITCHELL DAVIS**                                                                          **PLAINTIFF**
**ADC #150558**

v.                                    **Case No. 5:19-cv-00336-KGB-JTK**

**SCOTT,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5). Plaintiff Mitchell Davis has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Davis's complaint for failure to prosecute (Dkt. No. 2).

It is so ordered this the 2nd day of December, 2020.

_____
Kristine G. Baker
United States District Judge