# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MITCHELL DAVIS**                                                                       **PLAINTIFF**
**ADC #150558**

v.                     **Case No. 5:19-cv-00336-KGB-JTK**

**SCOTT,** *et al.*                                                                        **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Mitchell Davis's complaint is dismissed without prejudice.

So adjudged this the 2nd day of December, 2020.

                                                                                                      _____
                                                                                                       Kristine G. Baker
                                                                                                       United States District Judge